No. 46. Germania Refining Company et al., Plaintiffs in Error, *v.* Oramel B. Fuller, Auditor General et al.  In error to the Supreme Court of the State of Michigan.  Argued November 14, 1917.  Decided November 19, 1917.  *Per Curiam.*  Judgment affirmed with costs upon the authority of *American Refrigerator Transit Co. v. Hall,* 174 U. S. 70; *Union Refrigerator Transit Co.* v. *Lynch,* 177 U. S. 149.  *Mr. Charles D. Chamberlin* for plaintiffs in error.  *Mr. Alexander J. Groesbeck* and *Mr. Samuel D. Pepper* for defendants in error, submitted.

———

No. 57. Cincinnati, Hamilton & Dayton Railway Company, Plaintiff in Error, *v.* Joseph M. McCollum, Administrator of the Estate of Joseph William Roebuck.  In error to the Supreme Court of the State of Indiana.  Submitted November 13, 1917.  Decided November 26, 1917.  *Per Curiam.*  Judgment affirmed with costs upon the authority of *Louisville & Nashville R. R. Co.* v. *Melton,* 218 U. S. 36, 52, 53; *Lindsley* v. *Natural Carbonic Gas Co.,* 220 U. S. 61, 78; *Mutual Loan Co.* v. *Martell,* 222 U. S. 225, 235; *St. Louis, Iron Mountain & Southern Ry. Co.* v. *Arkansas,* 240 U. S. 518.  *Mr. Morison R. Waite* and *Mr. Harvey J. Elam* for plaintiff in error.  *Mr. Merrill Moores* for defendant in error.

———

No. 163. John E. Roller, Plaintiff in Error, *v.* Charles Catlett, Trustee.  In error to the Supreme Court of Appeals of the State of Virginia.  Motion to dismiss submitted November 26, 1917.  Decided December 10, 1917.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c.*